# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE: **Austin Eugene Jameson Jr.**

I,       Alonzo Salinas, III      , declare and state as follows:

1. On February 05, 2020, a U.S. Border Patrol Agent (BPA) working assigned duties at the Laredo North Border Patrol Checkpoint located at the 29-mile marker on Interstate Highwy-35 north of Laredo, Texas. At approximately 5:50 P.M., a gold Peterbilt Tractor approached the truck inspection lane. A BPA conducted an immigration inspection of the driver, later identified as Austin Eugene JAMESON Jr. The BPA asked the driver if he was by himself, in which JAMESON Jr. replied "yes" as he presented a commercial driver's license.

2. During the inspection, a BPA and his service canine approached the vehicle for further inspection of the tractor. The BPA then asked if he could open the tool compartment of the tractor. The BPA repeated the question to which JAMESON Jr. replied "yes". After the compartment was opened, a BPA physically checked inside the tractor due to his service Canine alerting to the cab of the tractor. The BPA asked JAMESON Jr. if he could enter the cab of the tractor and look inside to which JAMESON replied "yes". Once inside the tractor, the BPA immediately noticed several individuals inside the cab trying to conceal themselves from the BPA's line of sight behind the driver's seat of the tractor. JAMESON Jr. was then asked to step outside the tractor and was detained.

3. Upon further inspection of the tractor, a total of six (6) individuals were discovered and questioned on their immigration status. All subjects were determined to be undocumented aliens (UDAs) in the United States illegally with no legal documentation to be in the United States. Five (5) individuals admitted that they were citizens of Mexico and one (1) individual admitted being a citizen of Guatemala. All six (6) UDAs along with JAMESON Jr. were placed under arrest and escorted inside the Laredo Border Patrol Checkpoint for further processing.

4. Homeland Security Investigations (HSI) Special Agents (SA) responded and initiated an investigation into the Human Smuggling Event.

5. During a post-Miranda Interview, JAMESON Jr. stated he was recruited by possible MS-13 Gang members to travel from his howmetown of New Caney, Texas to Laredo, Texas and transport ten (10) to eleven (11) UDAs and drop them off at an unknown location in San Antonio, Texas. JAMESON Jr. stated he transported the UDAs in order to clear a $40,000.00 U.S. dollars (USD) to $60,000.00 USD debt his son owes to the gang. JAMESON Jr. stated unknown gang members told him they would kill his son who is currently incarcerated in Huntsville, Texas if he did not transport the UDAs to San Antonio, Texas. Jameson Jr. stated he had traveld alone to Laredo, Texas but further investigaon revealed JAMESON Jr. traveled with several other individulas.

6. HSI SAs identified and interviewed two (2) material witnesses: Julio Cesar JACINTO-Sanchez and Noe MERCADO-Ramirez. Both material witnesses stated they are citizens of Mexico, illegally present in the United States. Both material witnesses reported they illegally entered the United States on January of 2020 by wading the Rio Grande River. Both material witnesses stated arrangements were made with members of an unknown human smuggling organization(s) (HSO) to have them smuggled into the interior of the United States. JACINTO indicated he was traveling to Georgia while MERCADO reported he was traveling to Indiana. Both material witnesses reported they each paid a total of seven thousand dollars ($7,000) to be smuggled into the United States. Both material witnesses indicated they were loaded into the tractor in which they were later apprehended through the passenger side door by an unknown male. Both material witnesses indicated they observed an older white male sitting in the driver's seat who instructed them to get into the back of the tractor. Both material witnesses positively identified the driver of the tractor via a six-pack photo line-up.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the ___6th___ day of _____February_____, ___2020___.

*[signature]*

Alonzo Salinas, III
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, _____.

_____
UNITED STATES MAGISTRATE JUDGE